UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Peter Fiorentino , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Cristina Perez Hesano ,**
Perez Law Group, PLLC
7508 N. 59th Avenue
Glendale, Arizona 85301
6027307100
**Samuel J. Strauss ,**
Turke & Strauss, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
6082371775
**Raina Borrelli ,**
Turke & Strauss, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
6082371775
**Brittany Resch ,**
Turke & Strauss, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
6082371775

**Defendant**(s): **Cardiovascular Consultants, Ltd. , ;**

County of Residence: Maricopa

Defendant's Atty(s):

**,**

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **380 Other Personal Property Damage** |
| VI.Cause of Action: | **ECPA (28 U.S.C. § 2511, et seq. and 28 U.S.C. § 2702) and the CFAA (18 U.S.C. § 1030, et seq)** |
| VII. Requested in Complaint | |

Class Action: **Yes**

Dollar Demand:

Jury Demand: **Yes**

VIII. This case **IS RELATED** to Case Number **2:23-cv-02567** assigned to Judge **Diane J. Humetewa.**

---

**Signature:** Cristina Perez Hesano

**Date:** 1/3/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014