Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Samuel J. Strauss *(Pro Hac Vice Forthcoming)*
Raina Borrelli *(Pro Hac Vice Forthcoming)*
Brittany Resch *(Pro Hac Vice Forthcoming)*
**TURKE & STRAUSS, LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone 608.237.1775
Fax 608.509.4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Peter Fiorentino,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Cardiovascular Consultants Ltd.,**<br><br>Defendant. | Case No. 2:24-cv-00015-PHX-DJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Peter Fiorentino, hereby gives notice that his claims in this action against Defendant Cardiovascular Consultants

-1-

LTD., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 26, 2024.    Respectfully Submitted,

*/s/ Cristina Perez Hesano*_____
Cristina Perez Hesano (#027023)
*cperez@perezlawgroup.com*
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

**TURKE & STRAUSS LLP**
Samuel J. Strauss (BAR #/PRO HAC VICE)
Raina Borrelli (BAR #/PRO HAC VICE)
Brittany Resch (BAR #/PRO HAC VICE)
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com
brittanyr@turkestrauss.com

*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

I, Cristina Perez Hesano, hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of February, 2024.

        PEREZ LAW GROUP, PLLC,

        By: */s/ Cristina Perez Hesano*
            Cristina Perez Hesano (#027023)
            cperez@perezlawgroup.com
            PEREZ LAW GROUP, PLLC
            7508 N. 59th Avenue
            Glendale, AZ 85301
            Telephone: (602) 730-7100
            Facsimile: (623) 235-6173